■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL ALSTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Garry, J.), rendered May 8, 1987, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Brown, Rubin, Balletta and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ABRAHAM BAPTISTE and ALICIA GORHAM, Also Known as ALICIA BAPTISTE, Respondents.—Appeal by the People from an order of the Supreme Court, Kings County (Slavin, J.), dated December 22, 1988, which granted those branches of the defendants' respective omnibus motions which were to dismiss Kings County indictment No. 4884/88.

Ordered that the order is reversed, on the law, those branches of the defendants' respective omnibus motions which were to dismiss Kings County indictment No. 4884/88 are denied, the indictment is reinstated, and the matter is remitted to the Supreme Court, Kings County, for further proceedings on the indictment.

Because there is no indication that the defendant may have been prejudiced thereby, the bifurcated procedure employed by the prosecutor in presenting the instant case to the Grand Jury was proper *(see,* CPL 210.35 [5]; *People v Cade,* 74 NY2d 410, 417). Mangano, P. J., Bracken, Rubin and Rosenblatt, JJ., concur.